**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

*Electronically Filed*

| | | |
|---|---|---|
| EVERCOM SYSTEMS, INC., | § § § | |
|     Plaintiff/Counter-Defendant, | § § | |
| VS. | § § | |
| COMBINED PUBLIC COMMUNICATIONS, INC., | § § § | Case No. 1:09-cv-00090-JHM-LLK |
|     Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | § § § § | |
| VS. | § § § | |
| SECURUS TECHNOLOGIES, INC., | § § § | |
|     Third-Party Defendant. | § | |

**ORDER OF DISMISSAL**

The Plaintiff and Counter-Defendant, Evercom Systems, Inc. ("Evercom"), the Defendant/Counter-Plaintiff and Third-Party Plaintiff, Combined Public Communications, Inc. ("CPC"), and the Third-Party Defendant, Securus Technologies, Inc. ("Securus"), by counsel, having filed a Stipulation of Dismissal as to all claims pending between the parties herein, and having previously entered into their Confidential Settlement Agreement providing for the dismissal of all pending claims herein;

IT IS HEREBY ORDERED that the Complaint, Counterclaim and Third-Party Complaint filed herein are hereby dismissed with prejudice, all parties to bear their own costs and fees.

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

March 29, 2013